```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 23072
   KIMBERLY HARRIEL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4652

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/17/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/22/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
RESURGENT CAPITAL          SECURED           8000.00        968.19       8000.00
RESURGENT CAPITAL          UNSECURED         8609.06           .00        860.91
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED          .00            .00
ASSET ACCEPTANCE CORP      UNSECURED         3541.94          .00         354.19
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED          830.11          .00          83.01
HOLY CROSS HOSPITAL        UNSECURED       NOT FILED          .00            .00
MCS                        UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTIONS SYST   UNSECURED       NOT FILED          .00            .00
NGBL CARSONS               UNSECURED       NOT FILED          .00            .00
EMERGENCY CARE PROVIDERS   UNSECURED          320.00          .00          32.00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00          .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED          .00            .00
PROFESSIONAL CREDIT SERV   UNSECURED       NOT FILED          .00            .00
PROVIDIAN                  NOTICE ONLY     NOT FILED          .00            .00
RISK MANAGEMENT            UNSECURED       NOT FILED          .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     210.00           .00         210.00
GFG LOAN COMPANY           FILED LATE        830.00           .00            .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY     2,200.00                     2,200.00
TOM VAUGHN                 TRUSTEE                                        717.79
DEBTOR REFUND              REFUND                                          73.91

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                  RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE          13,500.00

PRIORITY                                 210.00
SECURED                                8,000.00
   INTEREST                              968.19
UNSECURED                              1,330.11

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 23072 KIMBERLY HARRIEL
```

```
ADMINISTRATIVE                                              2,200.00
TRUSTEE COMPENSATION                                          717.79
DEBTOR REFUND                                                  73.91
                                     ---------------    ---------------
TOTALS                                     13,500.00          13,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 04 B 23072 KIMBERLY HARRIEL